Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ANGELA S. REYNOLDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA S. REYNOLDS, | Case No.: 2:16-cv-00605-CMK |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE Motion for Summary Judgment |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Angela S. Reynolds and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 33 days from October 13, 2016 to November 14, 2016 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

///

-1-

This request is made at the request of Plaintiff's counsel due to Plaintiff's counsel's mother's health declining this past month due to the new chemotherapy regimen requiring counsel's time and attention which included a recent hospitalization. Counsel sincerely apologizes to the court and its staff for any inconvenience this may cause.

DATE: October 13, 2016      Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Monica Perales*
_____
Monica Perales
Attorney for plaintiff Ms. Angela S. Reynolds


DATE:  October 13, 2016     BENJAMIN B. WAGNER
                            United States Attorney
                            DOROTHY A. SCHOUTEN
                            Assistant United States Attorney
                            Chief, Civil Division
                            ROBYN-MARIE LYON MONTELEONE
                            Assistant United States Attorney
                            Chief, General Civil Section


BY: /s/ *Heather M. Moss*
_____
Heather M. Moss
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail By Elizabeth Frier|

IT IS SO ORDERED.

Dated:  October 27, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE